# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROBERT RUDY, an individual,** | |
| Plaintiff, | |
| v. | Case No. 15-CV-718-CVE-PJC |
| **SEAL SMART LLC, a foreign corporation,** | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff pursuant to FRCP 41 and dismisses this case with prejudice, each party to be responsible for their own costs and attorney fees.

Respectfully submitted,

**ARMSTRONG & VAUGHT, P.L.C.**

*s/David R. Blades*
David R. Blades, Esq., OBA #15187
2727 East 21st Street, Suite 505
Tulsa, OK  74114
Telephone:  (918) 582-2500
Facsimile: (918) 583-1755
Email: drblades79@cox.net

**ATTORNEYS FOR PLAINTIFF,
ROBERT RUDY**

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/J. Patrick Cremin*
J. Patrick Cremin, OBA #2013
Johnathan L. Rogers, OBA #21341
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0594
Facsimile: (918) 594-0505
Email: pcremin@hallestill.com
Email:  jrogers@hallestill.com

**ATTORNEYS FOR DEFENDANT,
SEAL SMART, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th  day of  September 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System from filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Pat Cremin

Johnathan Rogers

/s/ David Blades

David Blades